UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DIANA ZAMBRANA,

JUDGMENT
04-CV- 0666 (JBW)

Plaintiff,

-against-

CENTER FOR ALTERNATIVE SENTENCING
& EMPLOYMENT SERVICES, et al.,

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ SEP 28 2005 ★

Defendants.

BROOKLYN OFFICE

------------------------------------------------------------------X

An Order of Honorable Jack B. Weinstein, United States District Judge, having been filed on September 27, 2005, dismissing the case for failure to prosecute; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and that the case is dismissed for failure to prosecute.

Dated: Brooklyn, New York
September 27, 2005

ROBERT C. HEINEMANN
Clerk of Court